# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SA CV12-0652-DOC(ANx)                              Date   June 1, 2012

Title   MALIBU MEDIA LLC v. JOHN DOES

| Present: The Honorable | DAVID O. CARTER, US District Judge | |
|---|---|---|
| Nancy Boehme | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Not Present | Not Present | |

Proceedings:   (In Chambers)   ORDER CONTINUING PLAINTIFF'S MOTION FOR LEAVE TO SERVE THIRD PARTY SUBPOENAS [5]

Court Orders hearing on Plaintiff's Motion for Leave to Serve Third Party Subpoenas, presently set for June 4, 2012, **CONTINUED** to **June 25, 2012 at 8:30 a.m.** :

The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

_____ :  00

Initials of Preparer   nkb